170-07/DPM/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
Mountiko Marine Co. Ltd.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Don P. Murnane, Jr. (DM 3639)
Pamela L. Schultz (PS 0335)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MOUNTIKO MARINE CO. LTD.,

       Plaintiff,

 -against-

PEAK STAR TRADING CO. LLC, PAWAN
JAIN & SONS AND SOCIETE PRAGATI
S.A.R.L., a/k/a PRAGATI INTERNATIONAL,

       Defendants.
-----------------------------------------------------------x

07 CIV   

**RULE 7.1 STATEMENT**

  Plaintiff MOUNTIKO MARINE CO. LTD., by and through undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation in the United States owns 10% or more of its stock.

Dated: New York, New York
   April 25, 2007

          FREEHILL HOGAN & MAHAR, LLP
          Attorneys for Plaintiff Mountiko Marine Co. Ltd.

    By: _____
       Don P. Murnane, Jr. (DM 3639)
       Pamela L. Schultz (PS 0335)
       80 Pine Street
       New York, NY 10005
       (212) 425-1900
       (212) 425-1901 fax

NYDOCS1/282034.1