Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MOUNTIKO MARINE CO. LTD.,

                      Plaintiff,           07 CIV 3334 (LBS)

    -against-

PEAK STAR TRADING CO. LLC,        ANSWER OF GARNISHEE
PAWAN JAIN & SONS and                 STANDARD CHARTERED BANK IN
SOCIETE PRAGATI S.A.R.L. a/k/a     RESPONSE TO MARITIME
PRAGATI INTERNATIONAL,            ATTACHMENT AND GARNISHMENT

                      Defendants.
-----------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated April 26, 2007, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on May 7, 2007, the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendant, except for the following wire

#1035                                  1

transfer which has been restrained pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

| | |
|---|---|
| Transaction Reference: | 20070507-00011933 |
| Sender Reference Number: | OT02190705060183 |
| Wire Transfer Request Received (NY): | May 7, 2007 |
| Value Date: | May 7, 2007 |
| Amount of Wire: | US$15,872.50 |
| Amount Restrained: | US$15,872.50 |
| Originator: | **Peak Star Trading Co. LLC**<br>Al Owais Tower 5th Floor 503 |
| Originator's Bank: | Standard Chartered Bank<br>Treasury<br>Al Mankhool Road<br>Dubai U.A.E. |
| Beneficiary: | Titan Industries Limited |
| Beneficiary Bank: | Canara Bank<br>18 K.H. Road Shantinager<br>Bangalore 560027, India |

Dated:   New York, New York
         May 11, 2007

KRAVET & VOGEL, LLP

By: _____
    Joseph A. Vogel (JV-5533)

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO:  Freehill Hogan & Mahar LLP
     80 Pine Street
     New York, NY 10005
     212-425-1900

     *Attorneys for Plaintiff*

#1035                               2

VERIFICATION

STATE OF NEW YORK        )
                          )ss.:
COUNTY OF NEW YORK       )

JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

JAYSON JARUSHEWSKY

Sworn to before me this
11th day of May 2007

Charlene Sumpter
Notary Public

CHARLENE SUMPTER
Notary Public, State of New York
No. 01SU5042463
Qualified in New York County
Commission Expires April 24, ~~2007~~ 2011

#1035                                3