UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUNTIKO MARINE CO. LTD.,

Plaintiff,

v.

PEAK STAR TRADING CO. LLC, PAWN JAIN & SONS AND SOCIETE PRAGATI S.A.R.L. a/k/a PRAGATI INTERNATIONAL,

Defendants.

**CERTIFICATE OF MAILING**




07 CV 3334 (LBS)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**23rd Day of August, 2007**

I served the

SUMMONS & AMENDED VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**26th Day of April, 2007**

by mailing via DHL Worldwide Express, scheduled for pick up at 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**828 7827 951**

J. Michael McMahon
CLERK

Dated: New York, NY

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.Δ
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*Δ
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°Δ
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†Δ
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
ΔALSO ADMITTED IN WASHINGTON, D.C.

August 22, 2007

Our ref: 170-07/DPM/PLS

DHL EXPRESS

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

828 7827 951

ORIGIN | DESTINATION CODE

**1 Payer account number and shipment value protection details**

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party ☐ Cash ☐ Check ☐ Credit Card

Payer Account No.

**Shipment Value Protection** *(see reverse)*

☐ Yes *Declared Value for Carriage (in US $)*

*Not all payment options are available in all countries.*

**2 From (Shipper)**

Shipper's Account Number | Contact Name

Shipper's Reference (up to 35 characters)

Company Name

Address

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**3 To (Receiver)**

Company Name

Contact Person

Delivery Address *DHL Cannot Deliver to a PO Box*

Country

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

8287827951

**4 Shipment Details**

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD | Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| 1 | lbs | @ | x | x | |
| | | @ | x | x | |
| | | @ | x | x | |

Dimensions *(in inches)*

**5 Full Description of Contents**

Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**

*Attach the original and four copies of a Proforma or Commercial Invoice.*

Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)

AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination Duties/Taxes If left blank, Receiver pays duties/taxes.

☐ Receiver ☐ Shipper ☐ Other ... Specify approved account number

The commodities, technology or software were to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH

Signature (required) Date / /

**8 Products & Services**

Not all products or service options are available to/from all locations

☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other

**Service Options** (extra charges may apply)

☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Other

**Global Mail**

☐ Intl. Priority ☐ Intl. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
Other

**DIMENSIONAL/CHARGEABLE WEIGHT** lbs

| SERVICES | CHARGES |
|---|---|
| Drop Box # | TOTAL |

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type Expires
Auth.

PICKED UP BY
Route No.
Time Date

NYDOCS1/288903.1