UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUNTIKO MARINE CO. LTD.,

Plaintiff,

v.

PEAK STAR TRADING CO. LLC, PAWN JAIN & SONS AND SOCIETE PRAGATI S.A.R.L. a/k/a PRAGATI INTERNATIONAL,

Defendants.

**CERTIFICATE OF MAILING**




07 CV 3334 (LBS)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**23rd Day of August, 2007**

I served the

SUMMONS & AMENDED VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**26th Day of April, 2007**

by mailing via DHL Worldwide Express, scheduled for pick up at 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**828 7827 962**

J. Michael McMahon

CLERK

Dated: New York, NY

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.∆
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*∆
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°∆
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†∆
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
∆ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

August 22, 2007

Our ref: 170-07/DPM/PLS

EXPRESS

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

ORIGIN | DESTINATION CODE

828 7827 962

8287827962

**1 Payer account number and shipment value protection details**
Charge to ☐ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
☐ Cash ☐ Check ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) ______
Not all payment options are available in all countries

**2 From (Shipper)**
Shipper's Account Number | Contact Name
Shipper's Reference (up to 35 characters)
Company Name
Address
Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**3 To (Receiver)**
Company Name
Contact Person
Address DHL Cannot Deliver to a PO Box
Country
Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**4 Shipment Details**
Total number of packages | Total Weight If DHL Express Document packaging used, enter XD | Pieces | Dimensions (in inches) Length x Width x Height
lbs

**5 Full Description of Contents**
Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes
☐ Receiver ☐ Shipper ☐ Other
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited

**7 Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I we understand that DHL DOES NOT TRANSPORT CASH
Signature (required) Date / /

**8 Products & Services**
Not all products or service options are available to/from all locations
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Other
Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
Other
DIMENSIONAL/CHARGEABLE WEIGHT lbs
SERVICES | CHARGES
Drop Box # | TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.) No.: Type Expires Auth.
PICKED UP BY
Route No.
Time Date

DHL (USA), Inc. 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy