USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-07

Sandy S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MOUNTIKO MARINE CO. LTD.,  : No. 07 CV 3334

    Plaintiff,

    v.  : STIPULATION AND ORDER

PEAK STAR TRADING CO. LLC, PAWAN,
JAIN & SONS and SOCIETE PRAGATI S.A.R.L.,
a/k/a PRAGATI INTERNATIONAL,

    Defendants.
-----------------------------------------------------------x

WHEREAS, on or around April 26, 2007, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, plaintiff Mountiko Marine Co. Ltd. ("Mountiko") obtained a writ of attachment against defendants Peak Star Trading Co. LLC, Pawan Jain & Sons, and Societe Pragati S.A.R.L.;

WHEREAS, on or around May 8, 2007, Deutsche Bank pursuant to the writ of attachment restrained a $110,000 wire transfer going to Space Star General Trading LLC ("Space Star") (the "Wire Transfer"), who was named a paying or funding agent in the Verified Complaint;

WHEREAS, the defendants have made a restrictive appearance under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

WHEREAS the Wire Transfer details reflect a payment by Phoenix Still Mills Ltd. to Space Star;

WHEREAS, Mountiko has agreed to the release of the Wire Transfer;

WHEREAS, defendants have agreed not to contest Mountiko's attachment of the above described funds;

WHEREAS, the parties agree that the release of the subject funds is without fees or costs to any party; and

WHEREAS, the plaintiff otherwise reserves its right to the attachment.

IT IS HEREBY STIPULATED AND AGREED, that ~~Standard Chartered~~ Deutsche Bank shall release the Wire Transfer as soon as it receives a copy of this Stipulation and Order.

Dated: October 5, 2007
New York, New York

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

By _____
Don P. Murnane, Jr. (DM 3639)
Pamela L. Schultz (PS ____)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 (fax)

*Attorneys for Plaintiff*

DLA PIPER US LLP

By _____
Camilo Cardozo (CC 9710)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
(212) 335-4001 (fax)

*Attorneys for Defendants*

SO ORDERED: _____
The Honorable Leonard B. Sand
10/10/07

- 2 -