

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOUNTIKO MARINE CO. LTD., | **CERTIFICATE OF MAILING**

        Plaintiff,

    -V-

PEAK STAR TRADING CO. LLC, PAWAN
JAIN & SONS AND SOCIETE PRAGATI
S.A.R.L a/k/a PRAGATI INTERNATIONAL,

        Defendant. | 07 CV 3334 (LBS)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 26th Day of October, 2007

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

### 26th Day of April, 2007

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

### 756 325 3924

                                                                            CLERK

Dated: New York, NY

# DHL WORLDWIDE EXPRESS

REORDER 760514858-1   QTY 300                                                         4/18/02   3

**Shipment Airwaybill** (Non negotiable)
1-800-CALL-DHL in USA only
WEB ADDRESS: http://www.dhl.com

Quote this shipment number in an inquiry

**756 3253 924**

| ORIGIN | DESTINATION |
|---|---|
|  | NYC |

## 1 From (Shipper)

**Account no.** 760514858

**Shipper's reference** 170-07/NS

**Company name** FREEHILL HOGAN & MAHAR

**Shipper's name** Pamela L. Schultz

**Address**
24TH FL
80 PINE ST
NEW YORK NY

**Zip code (required)** 100051702

**Phone/Fax/E-mail circle one (required)** (212) 425-1900

## 2 To (Recipient)

**Company name** Puran Jain & Sons

**Attention**

**Delivery address**
D-38, SMA, Industrial Area
G.T.K. Road
Delhi 110033 India

**Zip/Postcode (required)**

**Phone/Fax/E-mail circle one (required)**

## 3 Shipment details

**Domestic Services**
☐ USA OVERNIGHT

**International Services**
☒ INT'L DOCUMENT EXPRESS
☐ WORLDWIDE PRIORITY EXPRESS
☐ WORLDFREIGHT

**WorldMail Services**
☐ APM ☐ 2nd ☐ IPA ☐ ISAL ☐ 1st

**Special Services**
☐ SATURDAY DELIVERY
☐ POD
☐ OTHER _____

**Full description of contents**
Legal document

**Payment Options** not all options available to all countries
☒ Shipper's account
☐ Recipient   ☐ Third party

Acct. No. ....................

☐ Cash / Check / Credit Card circle one

No. ......

Expires ........ Type ........

**Shipment insurance** If desired, enter amount below

US $ ...... N/N ...... Insured value

### International non document shipments only
Attach original and four copies of a Commercial Invoice

**Declare value for customs (In US $).** 1/N

**Export License No./Symbol (if applicable)**

**Harmonized Sched. B No. (if applicable)**

**Type of export** If left blank, Permanent is assumed
☐ Permanent
☐ Temporary   ☐ Repair/Return

**Shipper's EIN/SSN**

These commodities, technology or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited.

**Destination duties/taxes** If left blank recipient pays duties/taxes
☐ Recipient   ☐ Shipper   ☐ Other ......

## 4 Pcs/Weight/Size

**No. of pieces**

**Weight** if DHL Express Document packaging is used, enter XD ___ lb

**Dimensions** in inches
___ @ ___ x ___ x ___
___ @ ___ x ___ x ___
___ @ ___ x ___ x ___
Pieces  length  width  height

**DIMENSIONAL/CHARGED WEIGHT** ___ lb

| CODES | CHARGES Services |
|---|---|
|  |  |
|  | Special services |
|  | Insurance |

**Drop Box/Exp. Center** #

**TOTAL**

**TRANSPORT COLLECT STICKER No.**

**PICKED UP BY**

Time _____   Date 10-26-07

## 5 Shipper's authorization and signature

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that insurance is available on request, for an extra charge. I/we agree to pay all charges if the recipient or third party does not pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

**Signature (required)**                    **Date** / /